### 10031. WYATT *v.* THE STATE.

HARWELL, J. The defendant was convicted of having, controlling, and possessing intoxicating liquor. No error of law on the trial is complained of; the evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 7, 1918.

Accusation of misdemeanor; from city court of Carrollton—Judge Beall. June 27, 1918.

*H. C. Strickland, Buford Boykin,* for plaintiff in error.

*Willis Smith, solicitor,* contra.

---

### 10045. BELLAMY *v.* THE STATE.

HARWELL, J. 1. In his motion for a continuance the defendant did not comply with all the requirements of the Penal Code (1910), § 987, necessary to make a complete showing, and, therefore, the court did not err in overruling the motion.

2. The court correctly instructed the jury upon the theory of agency, raised by the defendant upon the trial, but the jury evidently rejected this theory and found the defendant to be the seller of the whisky.

3. There was evidence to authorize the verdict, and, it having been approved by the trial judge, this court can not interfere.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 7, 1918.

Indictment for sale of liquor; from Candler superior court—Judge Hardeman. July 22, 1918.

*Kirkland & Kirkland,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.